AO 440 (Rev. 12/09) Alias Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | | |
|---|---|---|
| PATHFINDER HOUSE, INC., | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:12 CV 00116 |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, et al., | ) ) ) | |
| *Defendant* | ) | |

**ALIAS SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Certain Underwriters at Lloyd's, London
Performance Trust Insurance Group
135 Arlington Heights Road, Suite 106
Buffalo Grove, IL 60089

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Geri M. Smith,*
*CLERK OF COURT*

Date: 2/13/2012             s/ Dianne Gowing

*(BY) Deputy Clerk*

AO 440 (Rev. 12/09) Alias Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | | |
|---|---|---|
| PATHFINDER HOUSE, INC., | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:12 CV 00116 |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, et al., | ) ) ) | |
| *Defendant* | ) | |

### ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Certain Underwriters at Lloyd's, London
Lloyd's Illinois, Inc.
181 West Madison Street, Suite 3870
Chicago, IL 60602-4541

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Geri M. Smith,*
*CLERK OF COURT*

Date: 2/13/2012      s/ Dianne Gowing

*(BY) Deputy Clerk*

AO 440 (Rev. 12/09) Alias Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | | |
|---|---|---|
| PATHFINDER HOUSE, INC., | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:12 CV 00116 |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, et al., | ) ) ) | |
| *Defendant* | ) | |

**ALIAS SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Certain Underwriters at Lloyd's, London
Lloyd's America, Inc.
The Museum Office Building
25 West 53rd Street, 14th Floor
New York, NY 10019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Geri M. Smith,*
*CLERK OF COURT*

Date: 2/13/2012     s/ Dianne Gowing

*(BY) Deputy Clerk*